# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MGM GRAND HOTEL, LLC, | Case No. 2:16-cv-02347-JAD-NJK |
| Plaintiff(s), | ORDER |
| vs. | |
| KYUNG SHIN, et al., | (Docket No. 35) |
| Defendant(s). | |

Pending before the Court is a "Letter of Request." Docket No. 35. That letter of request is not accompanied by a motion supported by a memorandum of points and authorities, as required. *See* Fed. R. Civ. P. 28(b)(2)(A) (issuance of a letter of request must be preceded by an application); Local Rule 7-2 (requests for relief must be accompanied by a written motion supported by a memorandum of points and authorities). Accordingly, the pending Letter of Request is **DENIED** without prejudice.

IT IS SO ORDERED.

DATED: January 31, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge