UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| MGM GRAND HOTEL, LLC, | ) | Case No. 2:16-cv-02347-JAD-NJK |
| Plaintiff(s), | ) ) | ORDER |
| vs. | ) ) | |
| KYUNG SHIN, et al., | ) ) | (Docket No. 43) |
| Defendant(s). | ) ) | |

Pending before the Court is a second renewed motion for a letter of request. Docket No. 43. The motion indicates that notice was provided to Mr. Velasco. Docket No. 43 at 6. The attached certificate of service is somewhat confusing, however, indicating that service was made through the Court's CM/ECF system "and/or" by mail. Docket No. 43 at 7. The Court assumes that service on Mr. Velasco was completed by mail. Nonetheless, to ensure that the record is clear, Plaintiff shall file an amended certificate of service clearly identifying the manner in which Mr. Velasco was served by February 9, 2017.

IT IS SO ORDERED.

DATED: February 6, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge