UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MGM Grand Hotel, LLC, <br><br>　　Plaintiff <br><br>v. <br><br>Kyung Shin aka Kyung S. Shin, et al., <br><br>　　Defendants | 2:16-cv-02347-JAD-NJK <br><br>**Order Granting Motion for Reconsideration** <br><br>[ECF No. 53] |

　　MGM Grand Hotel, LLC brings this suit to recover its losses caused when defendant Kyung Shin used a fraudulently issued bank draft for gaming credit and other benefits.  In its amended complaint against Shin and the issuing financial institutions Canadian Imperial Bank of Commerce and CIBC Securities, Inc. (collectively, "CIBC"), MGM prays for punitive damages against all defendants.[1]  CIBC moved to dismiss this punitive damages "claim" against it, arguing that the amended complaint lacks facts to support such an award.[2]  When MGM failed to file a timely opposition, I granted the motion to dismiss under Local Rule 7-2(d).[3]  MGM filed its opposition the following day and now moves to vacate my order granting the motion to permit its belated opposition to be considered on its merits.[4]

　　I find that MGM has demonstrated excusable neglect and good cause to grant the extension and request for reconsideration.  Accordingly,

　　IT IS HEREBY ORDERED that MGM's Motion for Reconsideration and Extension of Time **[ECF No. 53] is GRANTED and** the Order Granting the Motion to Dismiss **[ECF No. 52]**

---

[1] ECF No. 33.

[2] ECF No. 45.

[3] Nev. L.R. 7-2(d).

[4] ECF No. 53

is VACATED;

IT IS FURTHER ORDERED that MGM's belated opposition to CIBC's Motion to Dismiss **[ECF No. 51] is deemed timely; CIBC has until March 29, 2017, to file its reply in support of the Motion to Dismiss** [ECF No. 45].  **The Clerk of Court is directed to reinstate the Motion to Dismiss at ECF No. 45.**

DATED: March 22, 2017

_____
Jennifer A. Dorsey
United States District Judge