JAMES E. WHITMIRE, ESQ.
Nevada State Bar No. 6533
jwhitmire@santoronevada.com
SANTORO WHITMIRE
10100 W. Charleston Blvd., Suite 250
Las Vegas, Nevada 89135
Telephone:   702-948-8771
Facsimile:    702-948-8773

*Attorney for Cross-Claimants,
Canadian Imperial Bank of Commerce
and CIBC Securities, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MGM GRAND HOTEL, LLC,<br><br>          Plaintiff,<br><br>  vs.<br><br>KYUNG SHIN aka KYUNG S. SHIN; CANADIAN IMPERIAL BANK OF COMMERCE; CIBC SECURITIES INC.; DOES 1 through 10, inclusive; and ROE CORPORATIONS 1 through 10, inclusive,<br><br>          Defendants.<br><hr><br>AND RELATED MATTERS | Case No.: 2:16-cv-2347-JAD-NJK<br><br>**STIPULATION AND ORDER FOR DISMISSAL**<br><br>ECF Nos. 68, 76 |

CANADIAN IMPERIAL BANK OF COMMERCE; CIBC SECURITIES INC. (collectively, "CIBC) and KYUNG SHIN aka Kyung S. Shin ("Shin"), by and through their undersigned counsel of record, hereby stipulate and agree as follows:

    1.    That the claims of CIBC against Shin shall be dismissed without prejudice;

/ /

1

2. That to the extent any claims exist in favor of Shin and against CIBC, such claims shall be dismissed without prejudice;[1] and

3. That MGM Grand and Shin shall bear their own attorneys' fees and costs.

**IT IS SO AGREED AND STIPULATED:**

SANTORO WHITMIRE

| | |
|---|---|
| */s/ James E. Whitmire* | */s/ Kirk T. Kennedy* |
| James E. Whitmire | Kirk T. Kennedy, Esq. |
| Nevada State Bar No. 6533 | Nevada Bar No. 5032 |
| jwhitmire@santoronevada.com | ktkennedylaw@gmail.com |
| 10100 W. Charleston Blvd., Suite 250 | 815 S. Casino Center, Blvd. |
| Las Vegas, NV 89135 | Las Vegas, Nevada 89101 |
| Tel: 702-948-8771 | Tel.: (702) 385-5534 |
| *Attorney for Cross-Claimants Canadian Imperial Bank of Commerce and CIBC Securities, Inc.* | *Attorney for Cross-Defendant Kyung Shin* |

ORDER

Based on the parties' stipulation [ECF No. 76], which terminates the only claims remaining in this case, and good cause appearing, IT IS HEREBY ORDERED that **this case is DISMISSED** with prejudice, each side to bear its own fees and costs. The cross-claimants' Motion for Summary Judgment **[ECF No. 68] is DENIED as moot**. The Clerk of Court is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer Dorsey
September 19, 2017

---

[1] CIBC contends that Shin's claims have been extinguished by virtue of the good faith settlement finding previously entered by the Court. The parties do not intend to litigate this issue herein. CIBC is merely expressing its intent not to revive any extinguished claims by way of this Stipulation. To the extent any claims do exist in favor of Shin, Shin is expressing his intent to dismiss such claims without prejudice.